### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**SUDGEILY ENID REYES NIEVES**<br><br>**DEBTOR**<br>_____<br><br>**FIRSTBANK PUERTO RICO**<br><br>**RESPONDENT**<br>_____ | **CASE NO.: 12-08832(BKT)**<br>**CHAPTER 7** |

### *ANSWER TO "OBJECTION TO CLAIM #1 FILED BY FIRST BANK"*

TO THE HONORABLE COURT:

Comes now, **FIRSTBANK PUERTO RICO** through its undersigned counsel and respectfully alleges and prays:

1. On November 20, 2012, Debtor filed an Objection to FirstBank's claim no. 1. *See, Docket 14*.

2. Specifically, debtor objected to amount stated as arrears on FirstBank's vehicle claim no.1. *See, Docket 14*.

3. On December 11, 2012, FirstBank filed an amended claim with the correct amount of arrears. *Please see, Claim no.1-2*.

4. In view of the aforesaid, the Debtor's Objection to FirstBank's Claim Number 1 should be denied as moot.

**WHEREFORE, FirstBank Puerto Rico** respectfully request from this Honorable Court to grant this Motion and that it enters an Order denying the Debtor's Objection to FirstBank's Claim #1 in view of the fact that the same is moot.

In San Juan, Puerto Rico, the 8 day of January, 2012.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of this motion is being sent by first class mail to the Debtor**: SUDGEILY ENID REYES NIEVES,** at the address on record: HC 72 BOX 3665, NARANJITO, PUERTO RICO 00719; and to the authorized addresses through/by the Bankruptcy CM/ECF System to: Debtor's counsel, **JUAN A. HERNANDEZ RIVERA;** and to **JOSE RAMON CARRION MORALES,** Chapter 13 Trustee and to the **US TRUSTEE**.

BY: **//s// MARISTELLA SANCHEZ RODRIGUEZ**

Maristella Sánchez Rodríguez, Esq.
Attorney for Movant- US 224714
MARIA M. BENABE-RIVERA, ESQ.
Attorney for Movant- US 208906
PO Box 9146, Santurce, PR 00908-0146
Tel. (787) 729-8135, Fax (787) 729-8276
Email: maristella.sanchez@firstbankpr.com